# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0031. LUE v. EADY et al.**

Mary Ann Whipple Lue has filed an Emergency Motion for Supersedeas pursuant to Court of Appeals Rule 40 (b). Her motion is predicated in part on this Court's failure to accept an appeal she filed after timely filing a notice of appeal, completing the record, and paying costs. Upon consideration of the emergency motion, the Court's failure to accept this case for filing was in error.

The Clerk of the Superior Court of Wilkinson County is directed to transmit the record to this Court instanter. The emergency motion his hereby GRANTED, and no proceedings on the merits, including the June 24 hearing on the temporary restraining order, shall be held in the superior court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/20/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*